IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr67-MHT |
| | ) | (WO) |
| TARRISH TELLIS | ) | |

ORDER

This cause is now before the court on defendant Tarrish Tellis's motion to proceed on appeal in forma pauperis, or in the alternative, motion for appointment of counsel on appeal, and his included motion to seal.

28 U.S.C. § 1915(a) provides that, "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit." *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 15, 1981) (per curiam); *see also Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982)

(per curiam); *Morris v. Ross*, 663 F.2d 1032 (11th Cir. 1981).  Applying this standard, this court is of the opinion that the plaintiff's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.  *See, e.g., Rudolph v. Allen*, *supra*; *Brown v. Pena*, 441 F. Supp. 1382 (S.D. Fla. 1977), *aff'd without opinion*, 589 F.2d 1113 (5th Cir. 1979).

Additionally, the court sees no reason to appoint counsel for defendant Tellis on appeal.  The issues presented are not complicated, and as noted above, the court sees no possible merit in them.  In any case, the appeals court will appoint counsel for Tellis if it sees a need to do so.

Finally, in his motion, defendant Tellis also moves the court to seal the motion and this entire case.  See Motion (Doc. 349) at 3.  The court finds that the sealing of his motion is appropriate due to the presence of sensitive information in it.  However, the court sees no reason to take the extraordinary step of

2

sealing this entire case.

***

Accordingly, it is ORDERED that:

(1) Defendant Tarrish Tellis's motion to proceed on appeal in forma pauperis (Doc. 349) is denied; and that the appeal in this cause is certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

(2) Defendant Tellis's alternative motion to appoint counsel on appeal (Doc. 349) is denied.

(3) Defendant Tellis's motion to seal (Doc. 349) is granted to the extent that the motion is sealed, and is denied to the extent that sealing of the entire case is requested.

DONE, this the 13th day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE